UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GUTIERREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:21-cv-00181-DAD-GSA<br><br>**ORDER ACKNOWLEDING STIPULATION AND EXTENDING DEADLINES** |

On October 19, 2021 the parties filed a stipulation for a 3-day extension of time from October 15 to October 18, 2021 for Plaintiff to serve her confidential letter brief due to a technical calendaring error. Doc. 15. It is noted that the certificate of service has already been filed on October 18. Doc. 14. The stipulation is acknowledged and the certificate of service is accepted as timely.

The parties also stipulate to a 30-day extension of time from November 17 to December 17, 2021 for Defendant to serve his confidential response letter brief. As no independent cause is set forth for Defendant's extension, the Court will construe the filing as expressing the parties' intent to use the 30-day extension provided by the scheduling order as of right. *See* Doc. 7-1 at 3. Further extension requests should be made my motion setting forth good cause for the request. *See id.*

Accordingly, it is **ORDERED** that Plaintiff's certificate of service of her confidential letter brief is accepted as timely.

It is further **ORDERED** that Defendant's deadline to serve the confidential response letter brief is extended to and including December 17, 2021. All other deadlines are adjusted accordingly.

1

1  IT IS SO ORDERED.

2  Dated:  **October 20, 2021**              **/s/ Gary S. Austin**
3                                     UNITED STATES MAGISTRATE JUDGE

2