UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patricia Gutierrez,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:21-cv-181-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 29) |

As stipulated, Doc. 29, Plaintiff is **awarded** attorney fees and expenses of $6,666.54 and costs of $402.00 subject to the terms of the stipulation dated July 15, 2024.

IT IS SO ORDERED.

Dated:   **July 19, 2024**　　　　　　　　   **/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE